

# NUMBER 13-25-00651-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CITY OF HARLINGEN,                                       **Appellant,**

**v.**

MONICA ANN SCHOONOVER,                         **Appellee.**

## ON APPEAL FROM THE 107TH DISTRICT COURT
## OF CAMERON COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Justices Silva, Cron, and Fonseca**
**Memorandum Opinion by Justice Fonseca**

This matter is before the Court on an amended joint motion to set aside trial court's judgment. *See* TEX. R. APP. P. 42.1(a)(2)(B). The parties have compromised and settled the matter and now request the Court set aside the trial court's judgment and remand the case to the trial court for rendition of the judgment of dismissal in accordance with the parties' agreement. *See id.* (allowing this Court to set aside the trial court's judgment

without regard to the merits and remand the case for rendition of judgment in accordance with the parties' settlement agreement).

We grant the amended joint motion, vacate the trial court's final judgment entered in 2024-DCL-06667, and remand the appeal for the rendition of a judgment of dismissal in accordance with the parties' agreement. All pending motions are denied as moot. Additionally, costs are taxed against the party incurring the same, in accordance with the amended joint motion and parties' apparent agreement. Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

YSMAEL FONSECA
Justice

Delivered and filed on the
26th day of February, 2026.

2